IN THE UNITED STATES BANKRUPTCY COURT 22-10558
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| **Steven Charles Rodgers, Jr** | : | |
| **Amanda Leigh Rodgers** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | |
| **Steven Charles Rodgers, Jr** | : | |
| **Amanda Leigh Rodgers** | : | Related to Document No. 1 |
| Movant | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

# NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Daniel P Foster**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Daniel P Foster**
Signature
**Daniel P Foster**
Typed Name
**1210 Park Avenue**
**Meadville, PA 16335**
Address
**814-724-1165 Fax:814-724-1158**
Phone No.
**92376 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 29 (07/13)**

22-10558

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bridgecrest Acceptance Corp
7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209

Byrider
Attn: Bankruptcy
12802 Hamilton Crossing Blvd
Carmel, IN 46032

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411

Capital One
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One Bank USA
PO Box 30281
Salt Lake City, UT 84130

Celtic Bank
268 State Street #300
Salt Lake City, UT 84111

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

22-10558

First Access Bank of Missouri
PO Box 89028
Sioux Falls, SD 57109-9028

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Galaxy Federal Credit Unuon
1313 Liberty Street
Franklin, PA 16323

Genesis FS Card
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Progressive
PO Box 31260
Tampa, FL 33631

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Spring Oaks Capital, Llc
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327

Springlead Financial Services
18947 Park Avenue Plaza
Meadville, PA 16335

Total Visa/The Bank of Missouri
Attn: Bankruptcy
Po Box 85710
Sioux Falls, SD 57118

22-10558

Upstart
Upstart Operations/ Attn:Bankruptcy
Po Box 1503
San Carlos, CA 94070