Certificate Number: 03088-PAW-CC-036869769



03088-PAW-CC-036869769

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 30, 2022, at 2:48 o'clock PM CDT, Steven C Rodgers Jr. received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: September 30, 2022          By:     /s/Dennis Nichols

                                  Name:   Dennis Nichols

                                  Title:  Counselor II

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 03088-PAW-CC-036869768



03088-PAW-CC-036869768

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 30, 2022, at 2:48 o'clock PM CDT, Amanda L Rodgers received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  September 30, 2022          By:   /s/Dennis Nichols

                                   Name: Dennis Nichols

                                   Title: Counselor II

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).