**Form 154A**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

4

In re:  
Bankruptcy Case No.: 22–10558–JAD

Chapter: 13

**Steven Charles Rodgers Jr**
Debtor(s)

Amanda Leigh Rodgers

**NOTICE TO FILE PROOF OF CLAIM**

NOTICE IS GIVEN THAT:

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 22, 2023**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**  
U.S. Bankruptcy Court  
c/o CLAIMS CLERK  
5414 U.S Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

Michael R. Rhodes  
*Clerk, U.S. Bankruptcy Court*

Dated: 12/15/22