# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: admin | Date Created: 12/16/2022 |
| Case: 22−10558−JAD | Form ID: 13moJAD | Total: 29 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
tr     Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
aty     Daniel P. Foster     dan@mrdebtbuster.com

                                                                                                                   TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Steven Charles Rodgers, Jr     724 Buffalo Street     Franklin, PA 16323
jdb     Amanda Leigh Rodgers     724 Buffalo Street     Franklin, PA 16323
15554325     Affirm, Inc.     Attn: Bankruptcy     30 Isabella St, Floor 4     Pittsburgh, PA 15212
15554326     AmeriCredit/GM Financial     Attn: Bankruptcy     Po Box 183853     Arlington, TX 76096
15554327     Bank of America     Attn: Bankruptcy     4909 Savarese Circle     Tampa, FL 33634
15554328     Bridgecrest Acceptance Corp     7300 East Hampton Avenue     Suite 100     Mesa, AZ 85209
15554329     Byrider     Attn: Bankruptcy     12802 Hamilton Crossing Blvd     Carmel, IN 46032
15554330     Caine & Weiner     Attn: Bankruptcy     5805 Sepulveda Blvd     Sherman Oaks, CA 91411
15554331     Capital One     Attn: Bnakruptcy     P.O. Box 30285     Salt Lake City, UT 84130
15554332     Capital One Bank USA     PO Box 30281     Salt Lake City, UT 84130
15554333     Celtic Bank     268 State Street #300     Salt Lake City, UT 84111
15554334     Credit Collection Services     Attn: Bankruptcy     725 Canton St     Norwood, MA 02062
15554335     Credit One Bank     Attn: Bankruptcy Department     Po Box 98873     Las Vegas, NV 89193
15554336     First Access Bank of Missouri     PO Box 89028     Sioux Falls, SD 57109−9028
15554337     First Premier Bank     Attn: Bankruptcy     Po Box 5524     Sioux Falls, SD 57117
15554338     Galaxy Federal Credit Unuon     1313 Liberty Street     Franklin, PA 16323
15554339     Genesis FS Card     Attn: Bankruptcy     Po Box 4477     Beaverton, OR 97076
15554340     Genesis FS Card Services     Attn: Bankruptcy     Po Box 4477     Beaverton, OR 97076
15554341     OneMain Financial     Attn: Bankruptcy     Po Box 3251     Evansville, IN 47731
15554342     Portfolio Recovery Associates, LLC     Attn: Bankruptcy     120 Corporate Boulevard     Norfolk, VA 23502
15554343     Progressive     PO Box 31260     Tampa, FL 33631
15554344     Resurgent Capital Services     Attn: Bankruptcy     Po Box 10497     Greenville, SC 29603
15554345     Spring Oaks Capital, Llc     Attn: Bankruptcy     P.O. Box 1216     Chesapeake, VA 23327
15554346     Springlead Financial Services     18947 Park Avenue Plaza     Meadville, PA 16335
15554347     Total Visa/The Bank of Missouri     Attn: Bankruptcy     Po Box 85710     Sioux Falls, SD 57118
15554348     Upstart     Upstart Operations/ Attn:Bankruptcy     Po Box 1503     San Carlos, CA 94070

                                                                                                                   TOTAL: 26