Form 154A

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

4

In re:                                                                                                        Bankruptcy Case No.: 22−10558−JAD

Chapter: 13

**Steven Charles Rodgers Jr**                                                  Amanda Leigh Rodgers
    Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 22, 2023**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                              Michael R. Rhodes
    U.S. Bankruptcy Court                                                                                   *Clerk, U.S. Bankruptcy Court*
    c/o CLAIMS CLERK
    5414 U.S Steel Tower
    600 Grant Street
    Pittsburgh, PA 15219

Dated: 12/15/22

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10558-JAD |
| Steven Charles Rodgers, Jr | Chapter 13 |
| Amanda Leigh Rodgers | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2022 | Form ID: 154A | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Charles Rodgers, Jr, Amanda Leigh Rodgers, 724 Buffalo Street, Franklin, PA 16323-1122 |
| 15554336 | | First Access Bank of Missouri, PO Box 89028, Sioux Falls, SD 57109-9028 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15554325 | + | Email/Text: backoffice@affirm.com | Dec 16 2022 00:04:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15554326 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 16 2022 00:04:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15554327 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 00:04:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15554328 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 16 2022 00:04:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15554329 | + | Email/Text: bankruptcy@jdbyrider.com | Dec 16 2022 00:04:00 | Byrider, Attn: Bankruptcy, 12802 Hamilton Crossing Blvd, Carmel, IN 46032-5424 |
| 15554330 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 16 2022 00:04:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15554331 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:05:09 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15554332 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:05:09 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15554333 | + | Email/Text: bzern@celticbank.com | Dec 16 2022 00:04:00 | Celtic Bank, 268 State Street #300, Salt Lake City, UT 84111-5314 |
| 15554334 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 16 2022 00:04:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15554335 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2022 00:05:12 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15554337 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 16 2022 00:05:23 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15554338 | + | Email/Text: lalusher@galaxyfcu.com | Dec 16 2022 00:04:00 | Galaxy Federal Credit Unuon, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 15554339 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 16 2022 00:04:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15554340 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 16 2022 00:04:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15554341 | + | Email/PDF: cbp@onemainfinancial.com | | |

Case 22-10558-JAD    Doc 7    Filed 12/17/22    Entered 12/18/22 00:23:23    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 154A | Total Noticed: 25 |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 16 2022 00:05:23 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15554342 |  Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 00:04:56 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15554343 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Dec 16 2022 00:04:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 15554344 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:05:11 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15554345 |  Email/Text: bankruptcy@springoakscapital.com | Dec 16 2022 00:04:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 15554346 | + Email/PDF: cbp@onemainfinancial.com | Dec 16 2022 00:05:09 | Springlead Financial Services, 18947 Park Avenue Plaza, Meadville, PA 16335-4015 |
| 15554347 | + Email/Text: bknotices@totalcardinc.com | Dec 16 2022 00:04:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15554348 | + Email/Text: LCI@upstart.com | Dec 16 2022 00:04:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Amanda Leigh Rodgers dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Steven Charles Rodgers Jr dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4