FILED
12/29/22 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 22-10558-JAD |
| | : | |
| Steven Charles Rodgers, Jr and | : | Chapter 13 |
| Amanda Leigh Rodgers, | : | |
|     Debtors, | : | |
| _____ | : | Related to Docket No: 13 |
| Steven Charles Rodgers, Jr and | : | |
| Amanda Leigh Rodgers, | : | |
|     Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

**ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER 13 PETITION, SCHEDULES, CHAPTER 13 PLAN PAYMENT AND PROOF OF INCOME**

**AND NOW** on this ___29th___ day of ___December___, 2022, upon consideration of Debtors' Motion to Extend Deadline Regarding Completion of the Filing of Chapter 13 Petition, Schedules, Chapter 13 Plan Payment and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtors shall have until **January 11, 2023**, [14 days later] to file their Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required. No further extensions will be granted.

BY THE COURT,

_____ dak
Jeffery A. Deller, Judge
United States Bankruptcy Court