# Notice Recipients

District/Off: 0315−1   User: auto   Date Created: 12/29/2022
Case: 22−10558−JAD   Form ID: pdf900   Total: 4

**Recipients of Notice of Electronic Filing:**
tr   Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
aty  Daniel P. Foster     dan@mrdebtbuster.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Steven Charles Rodgers, Jr   724 Buffalo Street   Franklin, PA 16323
jdb  Amanda Leigh Rodgers         724 Buffalo Street   Franklin, PA 16323

TOTAL: 2