# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: auto | Date Created: 1/12/2023 |
| Case: 22−10558−JAD | Form ID: pdf900 | Total: 36 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Daniel P. Foster | dan@mrdebtbuster.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Steven Charles Rodgers, Jr | 724 Buffalo Street | Franklin, PA 16323 | |
| jdb | Amanda Leigh Rodgers | 724 Buffalo Street | Franklin, PA 16323 | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| cr | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| 15554325 | Affirm, Inc. | Attn: Bankruptcy | 30 Isabella St, Floor 4 | Pittsburgh, PA 15212 |
| 15554326 | AmeriCredit/GM Financial | Attn: Bankruptcy | Po Box 183853 | Arlington, TX 76096 |
| 15554327 | Bank of America | Attn: Bankruptcy | 4909 Savarese Circle | Tampa, FL 33634 |
| 15554328 | Bridgecrest Acceptance Corp | 7300 East Hampton Avenue | Suite 100 | Mesa, AZ 85209 |
| 15554329 | Byrider | Attn: Bankruptcy | 12802 Hamilton Crossing Blvd | Carmel, IN 46032 |
| 15554330 | Caine & Weiner | Attn: Bankruptcy | 5805 Sepulveda Blvd | Sherman Oaks, CA 91411 |
| 15554331 | Capital One | Attn: Bnakruptcy | P.O. Box 30285 | Salt Lake City, UT 84130 |
| 15554332 | Capital One Bank USA | PO Box 30281 | Salt Lake City, UT 84130 | |
| 15554333 | Celtic Bank | 268 State Street #300 | Salt Lake City, UT 84111 | |
| 15554334 | Credit Collection Services | Attn: Bankruptcy | 725 Canton St | Norwood, MA 02062 |
| 15554335 | Credit One Bank | Attn: Bankruptcy Department | Po Box 98873 | Las Vegas, NV 89193 |
| 15554336 | First Access Bank of Missouri | PO Box 89028 | Sioux Falls, SD 57109−9028 | |
| 15554337 | First Premier Bank | Attn: Bankruptcy | Po Box 5524 | Sioux Falls, SD 57117 |
| 15554338 | Galaxy Federal Credit Unuon | 1313 Liberty Street | Franklin, PA 16323 | |
| 15554339 | Genesis FS Card | Attn: Bankruptcy | Po Box 4477 | Beaverton, OR 97076 |
| 15554340 | Genesis FS Card Services | Attn: Bankruptcy | Po Box 4477 | Beaverton, OR 97076 |
| 15558706 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 15554341 | OneMain Financial | Attn: Bankruptcy | Po Box 3251 | Evansville, IN 47731 |
| 15555456 | Orion | c/o of PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 15555844 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946 | Harrisburg, PA 17128−0946 | |
| 15554342 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy | 120 Corporate Boulevard | Norfolk, VA 23502 |
| 15560837 | Portfolio Recovery Associates, LLC | POB 12914 | Norfolk, VA 23541 | |
| 15554343 | Progressive | PO Box 31260 | Tampa, FL 33631 | |
| 15554344 | Resurgent Capital Services | Attn: Bankruptcy | Po Box 10497 | Greenville, SC 29603 |
| 15554345 | Spring Oaks Capital, Llc | Attn: Bankruptcy | P.O. Box 1216 | Chesapeake, VA 23327 |
| 15554346 | Springlead Financial Services | 18947 Park Avenue Plaza | Meadville, PA 16335 | |
| 15554347 | Total Visa/The Bank of Missouri | Attn: Bankruptcy | Po Box 85710 | Sioux Falls, SD 57118 |
| 15554348 | Upstart | Upstart Operations/ Attn:Bankruptcy | Po Box 1503 | San Carlos, CA 94070 |
| 15556208 | Upstart Network, Inc | PO BOX 1931 | Burlingame, CA 94011 | |

TOTAL: 33