IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10558-JAD |
| | : | |
| Steven Charles Rodgers Jr. and | : | |
| Amanda Leigh Rodgers, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

**NONE**

K.D.        RODGERS, STEVEN & AMANDA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10558-JAD |
| | : | |
| Steven Charles Rodgers Jr. and | : | |
| Amanda Leigh Rodgers, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Steven Charles Rodgers Jr., | : | |
| Movant | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Steven Charles Rodgers, hereby state as follows:

1.) I am employed by OWS Energy where I bring home an average of $4714.66 per month.
2.) I was required to file 2020 - 2021 tax returns; therefore I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: January 11, 2023                        /s/ Steven Charles Rodgers Jr.
                                                     Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 22-10558-JAD** |
| | : | |
| **Steven Charles Rodgers Jr. and** | : | |
| **Amanda Leigh Rodgers,** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | |
| **Amanda Leigh Rodgers,** | : | |
| **Movant** | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Amanda Leigh Rodgers, hereby state as follows:

1.) I am unemployed; therefore I am unable to provide the prior six (6) months pay advices.
2.) I was required to file 2020 - 2021 tax returns; therefore I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: January 11, 2023              /s/ Amanda Leigh Rodgers
                                    Debtor