# Notice Recipients

District/Off: 0315−1   User: auto   Date Created: 1/12/2023
Case: 22−10558−JAD   Form ID: 309iPGH   Total: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Steven Charles Rodgers, Jr | 724 Buffalo Street  Franklin, PA 16323 |
| jdb | Amanda Leigh Rodgers | 724 Buffalo Street  Franklin, PA 16323 |
| ust | Office of the United States Trustee | Liberty Center.  1001 Liberty Avenue, Suite 970  Pittsburgh, PA 15222 |
| tr | Ronda J. Winnecour | Suite 3250, USX Tower  600 Grant Street  Pittsburgh, PA 15219 |
| cr | PRA Receivables Management, LLC | PO Box 41021  Norfolk, VA 23541 |
| cr | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS  Oklahoma City, OK 73118 |
| aty | Daniel P. Foster | Foster Law Offices  1210 Park Avenue  Meadville, PA 16335 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division  P.O. Box 280946  Harrisburg, PA 17128−0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946  P.O. Box 280946  ATTN: BANKRUPTCY DIVISION  Harrisburg, PA 17128−0946 |
| 15554325 | Affirm, Inc. | Attn: Bankruptcy  30 Isabella St, Floor 4  Pittsburgh, PA 15212 |
| 15554326 | AmeriCredit/GM Financial | Attn: Bankruptcy  Po Box 183853  Arlington, TX 76096 |
| 15554327 | Bank of America | Attn: Bankruptcy  4909 Savarese Circle  Tampa, FL 33634 |
| 15554328 | Bridgecrest Acceptance Corp | 7300 East Hampton Avenue  Suite 100  Mesa, AZ 85209 |
| 15554329 | Byrider | Attn: Bankruptcy  12802 Hamilton Crossing Blvd  Carmel, IN 46032 |
| 15554330 | Caine & Weiner | Attn: Bankruptcy  5805 Sepulveda Blvd  Sherman Oaks, CA 91411 |
| 15554331 | Capital One | Attn: Bnakruptcy  P.O. Box 30285  Salt Lake City, UT 84130 |
| 15554332 | Capital One Bank USA | PO Box 30281  Salt Lake City, UT 84130 |
| 15554333 | Celtic Bank | 268 State Street #300  Salt Lake City, UT 84111 |
| 15554334 | Credit Collection Services | Attn: Bankruptcy  725 Canton St  Norwood, MA 02062 |
| 15554335 | Credit One Bank | Attn: Bankruptcy Department  Po Box 98873  Las Vegas, NV 89193 |
| 15554336 | First Access Bank of Missouri | PO Box 89028  Sioux Falls, SD 57109−9028 |
| 15554337 | First Premier Bank | Attn: Bankruptcy  Po Box 5524  Sioux Falls, SD 57117 |
| 15554338 | Galaxy Federal Credit Unuon | 1313 Liberty Street  Franklin, PA 16323 |
| 15554339 | Genesis FS Card | Attn: Bankruptcy  Po Box 4477  Beaverton, OR 97076 |
| 15554340 | Genesis FS Card Services | Attn: Bankruptcy  Po Box 4477  Beaverton, OR 97076 |
| 15558706 | LVNV Funding, LLC | Resurgent Capital Services  PO Box 10587  Greenville, SC 29603−0587 |
| 15554341 | OneMain Financial | Attn: Bankruptcy  Po Box 3251  Evansville, IN 47731 |
| 15555456 | Orion | c/o of PRA Receivables Management, LLC  PO Box 41021  Norfolk, VA 23541 |
| 15555844 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946  Harrisburg, PA 17128−0946 |
| 15554342 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy  120 Corporate Boulevard  Norfolk, VA 23502 |
| 15560837 | Portfolio Recovery Associates, LLC | POB 12914  Norfolk, VA 23541 |
| 15554343 | Progressive | PO Box 31260  Tampa, FL 33631 |
| 15554344 | Resurgent Capital Services | Attn: Bankruptcy  Po Box 10497  Greenville, SC 29603 |
| 15554345 | Spring Oaks Capital, Llc | Attn: Bankruptcy  P.O. Box 1216  Chesapeake, VA 23327 |
| 15554346 | Springlead Financial Services | 18947 Park Avenue Plaza  Meadville, PA 16335 |
| 15554347 | Total Visa/The Bank of Missouri | Attn: Bankruptcy  Po Box 85710  Sioux Falls, SD 57118 |
| 15554348 | Upstart | Upstart Operations/ Attn:Bankruptcy  Po Box 1503  San Carlos, CA 94070 |
| 15556208 | Upstart Network, Inc | PO BOX 1931  Burlingame, CA 94011 |

TOTAL: 38