

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Carvana LLC

## Lien and Title Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | 6/12/2020 |
| **Loan Number** | | **Perfected Date** | 8/7/2020 |
| **Branch** | | **Payoff Date** | |
| **Borrower 1** | Amanda Rodgers | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | 724 Buffalo St<br>Franklin, PA 16323 | **Dealer Address** | |

| | |
|---|---|
| **ELT Lien ID** | |
| **Lienholder** | Carvana LLC |
| **Lienholder Address** | PO Box 29002<br>Phoenix, AZ 85038 |
| **Lien Release Date** | |

| | | | |
|---|---|---|---|
| **VIN** | JTJYARBZ2G2039801 | **Issuance Date** | 8/7/2020 |
| **Title Number** | 82126743 | **Received Date** | 8/7/2020 |
| **Title State** | PA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2016 | **Odometer Reading** | 51110 |
| **Make** | LEXUS | **Branding** | |
| **Model** | | | |
| **Owner 1** | RODGERS,AMANDA LEIGH | | |
| **Owner 2** | | | |
| **Owner Address** | 724 BUFFALO ST<br>FRANKLIN, PA 16323 | | |

**Printed:** Thursday, December 22, 2022 9:53:00 PM PST

Exhibit B