# N.A.D.A. Official Used Car Guide
# Vehicle Valuation
Print Date: January 27, 2023

---

Customer:  Rodgers, Amanda
File No.:  BRDG-1479083

Vehicle Description:  2016 Lexus NX Utility 4D NX200t 2.0L I4
VIN:  JTJYARBZ2G2039801

**Base Values**

Retail: $  25275.00          Wholesale/Trade-in: $  22725.00

**Optional Equipment/Adjustments**

Estimated Miles     60000         $    3075.00

**Total Adjusted N.A.D.A. Used Car Guide Values**

Retail: $  28350.00          Retail/Wholesale Average: $  27075.00

Reference  12/2022 Eastern

Exhibit C