# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22-10558-JAD |
| | ) | |
| AMANDA LEIGH RODGERS AND | ) | Chapter 13 |
| STEVEN CHARLES RODGERS, JR, | ) | |
| Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| AMANDA LEIGH RODGERS AND STEVEN | ) | |
| CHARLES RODGERS, JR, | ) | |
| Movant | ) | Related to Document No. 18 |
| | ) | |
| vs. | ) | HEARING DATE: |
| | ) | February 7, 2023, at 10:00 AM |
| CARVANA, LLC, | ) | |
| Respondent | ) | |
| and | ) | |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| Trustee | ) | |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the Objection to Confirmation of Debtors' Proposed Plan filed by Carvana, LLC, confirmation of the Plan is DENIED by the Court.

BY THE COURT:

_____
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

Please send copies to:

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Amanda Leigh Rodgers
724 Buffalo Street
Franklin, PA 16323

Steven Charles Rodgers, Jr
724 Buffalo Street
Franklin, PA 16323

Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Liberty Center.,
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Maribeth Thomas
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222