**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22-10558-JAD |
| | ) | |
| AMANDA LEIGH RODGERS AND | ) | Chapter 13 |
| STEVEN CHARLES RODGERS, JR, | ) | |
| Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| AMANDA LEIGH RODGERS AND STEVEN | ) | |
| CHARLES RODGERS, JR, | ) | |
| Movant | ) | Related to Document No. 18 |
| | ) | |
| vs. | ) | HEARING DATE: |
| | ) | February 7, 2023, at 10:00 AM |
| CARVANA, LLC, | ) | |
| Respondent | ) | |
| and | ) | |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| Trustee | ) | |

**CERTIFICATE OF SERVICE OF OBJECTION**
**TO CONFIRMATION OF DEBTORS' PROPOSED PLAN**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on February 1, 2023.

The type of service made on the parties was first class mail or electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, e-mail address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission if listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail".

**Served by NEF**
Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
dan@mrdebtbuster.com

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

**Served by First Class Mail**
Amanda Leigh Rodgers
724 Buffalo Street
Franklin, PA 16323

Steven Charles Rodgers, Jr
724 Buffalo Street
Franklin, PA 16323

Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

                                              Respectfully submitted,

Dated:  February 1, 2023                TUCKER ARENSBERG, P.C.

                                              */s/ Maribeth Thomas*
                                              Maribeth Thomas, Esq.
                                              PA ID No. 208376
                                              1500 One PPG Place
                                              Pittsburgh, PA  15222
                                              (412) 594-3949
                                              mthomas@tuckerlaw.com

                                              *Counsel for Carvana, LLC*