**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| **Steven Charles Rodgers, Jr. and** ) | Case No. 22-10558-JAD |
| **Amanda Leigh Rodgers,** ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| _____ X | |

## SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING AUTHORIZING DISTRIBUTIONS UNDER PLAN ON A FINAL BASIS SOLEY AS ADEQUATE PROTECTION

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Chapter 13 Plan filed on January 11, 2023.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐   An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

X   No other order has been filed pertaining to the subject matter of this agreement.

☐   The attached document does not require a proposed order.

| | |
|---|---|
| Date: February 9, 2023 | /s/ Daniel P. Foster, Esquire |
| | Daniel P. Foster |
| | PA I.D. # 92376 |
| | Foster Law Offices |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Phone: 814.724.1165 |
| | Fax: 814.724.1158 |
| | Email: dan@mrdebtbuster.com |
| | Attorney for Debtor |

**PAWB Local Form 26 (06/17)**