# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: auto | Date Created: 2/9/2023 |
| Case: 22−10558−JAD | Form ID: pdf900 | Total: 46 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr          Carvana, LLC, c/o AIS Portfolio Services, LLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
|---|---|---|
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Daniel P. Foster | dan@mrdebtbuster.com |
| aty | Maribeth Thomas | mthomas@tuckerlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | Steven Charles Rodgers, Jr          724 Buffalo Street          Franklin, PA 16323 |
|---|---|
| jdb | Amanda Leigh Rodgers          724 Buffalo Street          Franklin, PA 16323 |
| cr | PRA Receivables Management, LLC          PO Box 41021          Norfolk, VA 23541 |
| cr | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC          4515 N Santa Fe Ave. Dept. APS          Oklahoma City, OK 73118 |
| cr | LVNV Funding, LLC          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603−0587 |
| 15554325 | Affirm, Inc.          Attn: Bankruptcy          30 Isabella St, Floor 4          Pittsburgh, PA 15212 |
| 15554326 | AmeriCredit/GM Financial          Attn: Bankruptcy          Po Box 183853          Arlington, TX 76096 |
| 15554327 | Bank of America          Attn: Bankruptcy          4909 Savarese Circle          Tampa, FL 33634 |
| 15567723 | Bank of America, N.A.          PO Box 673033          Dallas, TX 75267−3033 |
| 15554328 | Bridgecrest Acceptance Corp          7300 East Hampton Avenue          Suite 100          Mesa, AZ 85209 |
| 15554329 | Byrider          Attn: Bankruptcy          12802 Hamilton Crossing Blvd          Carmel, IN 46032 |
| 15554330 | Caine & Weiner          Attn: Bankruptcy          5805 Sepulveda Blvd          Sherman Oaks, CA 91411 |
| 15554331 | Capital One          Attn: Bnakruptcy          P.O. Box 30285          Salt Lake City, UT 84130 |
| 15554332 | Capital One Bank USA          PO Box 30281          Salt Lake City, UT 84130 |
| 15563738 | Capital One N.A.          by American InfoSource as agent          PO Box 71083          Charlotte, NC 28272−1083 |
| 15563269 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi          PO Box 4138          Houston, TX 77210 |
| 15554333 | Celtic Bank          268 State Street #300          Salt Lake City, UT 84111 |
| 15554334 | Credit Collection Services          Attn: Bankruptcy          725 Canton St          Norwood, MA 02062 |
| 15554335 | Credit One Bank          Attn: Bankruptcy Department          Po Box 98873          Las Vegas, NV 89193 |
| 15554336 | First Access Bank of Missouri          PO Box 89028          Sioux Falls, SD 57109−9028 |
| 15554337 | First Premier Bank          Attn: Bankruptcy          Po Box 5524          Sioux Falls, SD 57117 |
| 15554338 | Galaxy Federal Credit Unuon          1313 Liberty Street          Franklin, PA 16323 |
| 15554339 | Genesis FS Card          Attn: Bankruptcy          Po Box 4477          Beaverton, OR 97076 |
| 15554340 | Genesis FS Card Services          Attn: Bankruptcy          Po Box 4477          Beaverton, OR 97076 |
| 15558706 | LVNV Funding, LLC          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603−0587 |
| 15554341 | OneMain Financial          Attn: Bankruptcy          Po Box 3251          Evansville, IN 47731 |
| 15555456 | Orion          c/o of PRA Receivables Management, LLC          PO Box 41021          Norfolk, VA 23541 |
| 15555844 | Pennsylvania Department of Revenue          Bankruptcy Division PO Box 280946          Harrisburg, PA 17128−0946 |
| 15554342 | Portfolio Recovery Associates, LLC          Attn: Bankruptcy          120 Corporate Boulevard          Norfolk, VA 23502 |
| 15560837 | Portfolio Recovery Associates, LLC          POB 12914          Norfolk, VA 23541 |
| 15567750 | Premier Bankcard, LLC          Jefferson Capital Systems LLC Assignee          Po Box 7999          Saint Cloud MN 56302−9617 |
| 15554343 | Progressive          PO Box 31260          Tampa, FL 33631 |
| 15563286 | Quantum3 Group LLC as agent for          Genesis FS Card Services Inc          PO Box 788          Kirkland, WA 98083−0788 |
| 15554344 | Resurgent Capital Services          Attn: Bankruptcy          Po Box 10497          Greenville, SC 29603 |
| 15565840 | Resurgent Receivables, LLC          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603−0587 |
| 15554345 | Spring Oaks Capital, Llc          Attn: Bankruptcy          P.O. Box 1216          Chesapeake, VA 23327 |
| 15554346 | Springleaf Financial Services          18947 Park Avenue Plaza          Meadville, PA 16335 |
| 15554347 | Total Visa/The Bank of Missouri          Attn: Bankruptcy          Po Box 85710          Sioux Falls, SD 57118 |
| 15569494 | US Department of Education          PO Box 16448          St. Paul, MN 55116−0448 |
| 15554348 | Upstart          Upstart Operations/ Attn:Bankruptcy          Po Box 1503          San Carlos, CA 94070 |
| 15556208 | Upstart Network, Inc          PO BOX 1931          Burlingame, CA 94011 |

TOTAL: 41