# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: admin | Date Created: 03/24/2023 |
| Case: 22−10558−JAD | Form ID: 145 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee       ustpregion03.pi.ecf@usdoj.gov
tr         Ronda J. Winnecour       cmecf@chapter13trusteewdpa.com
aty       Daniel P. Foster       dan@mrdebtbuster.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Steven Charles Rodgers, Jr       724 Buffalo Street       Franklin, PA 16323
jdb       Amanda Leigh Rodgers       724 Buffalo Street       Franklin, PA 16323

TOTAL: 2